Order issued December *17* , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01079-CR
No. 05-12-01080-CR

KEITH BRONSHA PAUL, Appellant

V.

THE STATE OF TEXAS, Appellee

# ORDER

The Court **GRANTS** appellant's December 13, 2012 motions for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief on or before January 11, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE